ORIGINAL
FILED
HARRISBURG, PA
JUL 18 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1:01-CR-328

Vickie Zerby
#00248?
451 Fullerton Ave
Cambridge Springs PA
16403-1238

To the Honorable Sylvia Rambo,

   I am writing to you because I would like you to appoint me a lawyer so I can file a Rule 3500. I was sentenced in 2002 to a 120 mo. sentence. Came back into court on a Habes Corpus & you gave me 12 mo off my sentence.

   I have a lot of time to do & I am in failing health. I had a bowel obst. about 4 mo. ago & have had complications ever since.

   Please write me back on this matter.

Sincerely,
Vickie L. Zerby

Jackie Zerby #OD2489
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

INMATE MAIL
PA. DEPT.
OF CORRECTIONS

Judge Sylvia H. Rambo
US Dist Court
228 Walnut St P.O. Box 983
Harrisburg Pa
17108