1:01-CR-328
J. Rambo

Sept 6, 05

Clerk of Courts,

Dear Sir
   In 2002 I was sentenced in Jan. Could you please tell me if my sentence started federally at that time. I was sentenced in front of Sylvia H Rambo.
   Also I got credit for 1 yr time

Please answer me at



Vickie Derby
#OD2489
451 Fullerton Ave
Cambridge Springs Pa
16403-1238

Vickie Bailey  #OD2489
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

US District Court
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108