UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea                                                                                           717-221-3920
   Clerk

September 12, 2005


Vicki Zerbe, OD2489
SCI Cambridge Springs
451 Fillerton Ave.
Cambridge Springs, PA. 16403-1238


Ms. Zerbe;

In response to your letter, dated September 6, 2005, regarding questions about your incarceration date and how it is counted towards your total sentence time. The clerk's office is unable to respond to this inquiry. You would be best served by addressing your questions to your counsel, Kent Watkins, Esq. and the Bureau of Prisons.

Sincerely,


Mark Armbruster,
Deputy Clerk