IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:CR-01-328** |
| | : | |
| v. | : | |
| | : | |
| **VICKIE ZERBY** | : | |

## O R D E R

    **IT IS HEREBY ORDERED THAT** the motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) filed by Defendant on February 4, 2008, is stayed until after March 3, 2008, the effective date of Amendment 706. Another order will issue following that date.

    **IT IS FURTHER ORDERED** that Thomas Thornton, Esquire of the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. §3582(c)(2).

                                                                       s/Sylvia H. Rambo
                                                                      SYLVIA H. RAMBO
                                                                      United States District Judge

Dated: February 4, 2008.