OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA
FEB 19 2008
MARY E. D'ANDREA, CLERK
Per _____

Vickie L. Zerby
SCI-Cambridge Springs
OD-2489
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

049J82044453
$00.410
02/05/2008
Mailed From 17108
US POSTAGE

NIXIE        185  DC  1            00 02/14/08
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD

BC: 17108098383        *0219-01968-05-41

Case No: 1:01-cr-00328-SHR   Document No: 94, User: ma, 1 Copy Printed: Feb, 5, 2008  11:56 AM

Vickie L. Zerby
SCI-Cambridge Springs
OD-2489
451 Fullerton Avenue
Cambridge Springs, PA 16403-1238

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO. 1:CR-01-328 |
| v. | : |
| **VICKIE ZERBY** | : |

# ORDER

**IT IS HEREBY ORDERED THAT** the motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) filed by Defendant on February 4, 2008, is stayed until after March 3, 2008, the effective date of Amendment 706. Another order will issue following that date.

**IT IS FURTHER ORDERED** that Thomas Thornton, Esquire of the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. §3582(c)(2).

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: February 4, 2008.