IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00328 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| VICKI L. ZERBY | : | (Electronically Filed) |
| | : | |

**ORDER OF COURT**

AND NOW this _____ day of April, 2008, upon consideration of the within Motion for Withdraw of Counsel in Proceedings Related to Crack Cocaine Amendment, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
SYLVIA H. RAMBO
UNITED STATES DISTRICT COURT