AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **VICKIE ZERBY** | ) | Case No: 1:CR-01-328 |
| | ) | USM No: 11243-067 |
| Date of Previous Judgment: January 16, 2003 | ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:     29                    Amended Offense Level:   _____
Criminal History Category:  VI                   Criminal History Category: _____
Previous Guideline Range:   151 to 188 months    Amended Guideline Range:   ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**FILED**
HARRISBURG, PA

APR - 4 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**III. ADDITIONAL COMMENTS**

Defendant is a career offender and the guideline remains the same. Defendant was sentenced to 120 months as a result of a 5K1.1 motion.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 4, 2008                         _____
                                                        Judge's signature

Effective Date: _____                      Sylvia H. Rambo, United States District Judge
   (if different from order date)                        Printed name and title